| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DE MENT, IRA | 2. Court or Organization<br><br>US DIST COURT, MIDDLE DIST- AL | 3. Date of Report<br><br>07/25/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE, SENIOR STAT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>P O BOX 2149<br>MONTGOMERY, AL 36102-2149 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | GRANTOR TRUST |
| 2. CO-TRUSTEE | ███████TRUST |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG -2 A 10: 47 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   U.S. SAVINGS BOND #1 | B | Interest | K | T | | | | | |
| 2.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3.   Regions Financial Corporation, Common | A | Dividend | K | T | | | | | |
| 4.   Mobile AL Wts 5.0% due 2/15/16 | B | Interest | | | Sell | 08/15 | K | A | |
| 5.   Jefferson CNTY AL Brd ED Bond 5.0% due 2/15/2020 | B | Interest | | | Sell | 03/03 | L | B | |
| 6.   AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 7.   Scottsboro Ala WTS 6.0% due 7/1/19 | D | Interest | | | Sell | 07/03 | M | | |
| 8.   Evergreen Money Market Fund | B | Interest | K | T | | | | | |
| 9.   Sun Life Financial | A | Dividend | K | T | | | | | |
| 10.   Capital Income BLDR Fd Cl C | B | Dividend | L | T | Buy | 03/03 | K | | |
| 11.   Calamos Growth & Income Fd C | C | Dividend | K | T | Buy | 03/03 | K | | |
| 12.   ...Continued | | | | | Buy | 08/25 | K | | |
| 13.   AL State Brd Ed Reid St Tech College | A | Interest | K | T | Buy | 06/30 | K | | |
| 14.   Israel Disc 5% 10/5/06 | | None | | | Buy | 06/30 | K | | |
| 15.   ...Continued | | | | | Sell | 10/05 | K | | |
| 16.   AL Bldg Rnvtn Fin Auth Rev Bldg | | None | K | T | Buy | 08/18 | L | | |
| 17.   Boaz AL 3.55% 3/1/2013 | | None | K | T | Buy | 10/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regions Bank Account #1 | B | Interest | L | T | | | | | |
| 19. IRA #1 | | | | | | | | | |
| 20. EMC Corp Mass | | None | | | Sell | 03/03 | J | | |
| 21. Intel Corp. | A | Dividend | J | T | | | | | |
| 22. Microsoft Corp | A | Dividend | J | T | | | | | |
| 23. AT&T, Inc | A | Dividend | J | T | | | | | |
| 24. SunAmerica | B | Dividend | K | T | Partial Sell | 01/17 | J | | |
| 25. ...Continued | | | | | Partial Sell | 03/15 | J | | |
| 26. Solectron Corp | | None | | | Sell | 03/03 | J | | |
| 27. CitiGroup, Inc. | | None | | | Sell | 03/03 | J | A | |
| 28. Duke Energy Corp. | | None | | | Sell | 03/03 | J | | |
| 29. Nokia Corp. Sponsored ADR | | None | | | Sell | 03/03 | J | | |
| 30. Pepsico Incorporated | | None | | | Sell | 03/03 | J | A | |
| 31. WesternBank PR | A | Interest | K | T | | | | | |
| 32. Coca Cola | | None | | | Sell | 03/03 | J | A | |
| 33. Nicolet Bank | A | Interest | | | Sell | 03/03 | K | | |
| 34. The National BK of SC | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Athens First Bank & Tr | A | Interest | K | T | | | | | |
| 36. Davis New York Venture | A | Dividend | K | T | | | | | |
| 37. Medco Health | | None | J | T | | | | | |
| 38. Wachovia Cash/Money Market Fund | A | Interest | J | T | | | | | |
| 39. ...Continued | D | Distribution | | | | | | | |
| 40. Evergreen Equity TR | B | Dividend | K | T | | | | | |
| 41. Evergreen Fixed Income | B | Dividend | K | T | | | | | |
| 42. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 43. Royce Fd Total Return Fd | B | Dividend | K | T | Buy | 03/03 | K | | |
| 44. T Rowe Price Blue Chip Grwth Fd | A | Dividend | K | T | Buy | 03/03 | K | | |
| 45. Franklin Bank | B | Interest | | | Buy | 03/03 | K | | |
| 46. ...Continued | | | | | Sell | 09/08 | K | | |
| 47. Davis Opportunity Fd Grwth Fd Cl A | A | Dividend | J | T | Buy | 09/18 | J | | |
| 48. RG Premier Bank | | None | K | T | Buy | 09/18 | K | | |
| 49. Regions Bank Account #2 | B | Interest | M | T | | | | | |
| 50. Brokerage Account #2 | | | | | | | | | |
| 51. Eaton Vance National Municipals Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ...Continued | | | | | Buy | 07/20 | K | | |
| 53. Mobile AL WTS 5.0% due 2/15/16 | B | Interest | | | Sell | 08/15 | K | | |
| 54. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 55. Birmingham AL Bond 5.0% due 4/1/21 | A | Interest | | | Sell | 03/03 | K | | |
| 56. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | B | Interest | K | T | | | | | |
| 57. Scottsboro Ala Wts | B | Interest | | | Sell | 07/03 | K | | |
| 58. Eaton Vance Marathon Tax Mngd Grwth Tr Cl B | | None | | | Sell | 07/20 | J | A | |
| 59. Evergreen Reserve Money Market Fund | A | Interest | J | T | | | | | |
| 60. Athens First Bk & Tr | A | Interest | K | T | | | | | |
| 61. Western Bank | A | Interest | J | T | | | | | |
| 62. Evergreen Fixed Hi Yld Cl C | B | Dividend | K | T | | | | | |
| 63. Lehman Bros 3.45% | B | Interest | | | Sell | 08/24 | K | | |
| 64. AL Bldg Rnvn 4% | | None | K | T | Buy | 08/18 | K | | |
| 65. Calamos Growth & Income Fd C | A | Dividend | K | T | Buy | 03/03 | K | | |
| 66. Capital Income Bldr Cl C | A | Dividend | K | T | Buy | 03/03 | K | | |
| 67. ...Continued | | | | | Buy | 08/25 | K | | |
| 68. Luana Savgs 5.1% | | None | K | T | Buy | 08/25 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AmSouth Bank Account # 3 (See Part VIII) | | None | | | | | | | |
| 70. Beneficial Interest in the Family Trust #1 | | | | | | | | | |
| 71. AmSouth Bank, Montgomery, AL | | | | | | | | | |
| 72. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 73. U.S. Savings Bonds, Series HH, various maturities | E | Interest | M | T | | | | | |
| 74. ...Continued | | | | | Redemption | 02/10 | L | F | |
| 75. ...Continued | | | | | Redemption | 06/01 | K | E | |
| 76. ...Continued | | | | | Redemption | 07/21 | K | E | |
| 77. ...Continued | | | | | Redemption | 07/26 | K | E | |
| 78. ...Continued | | | | | Redemption | 10/18 | M | F | |
| 79. AmSouth Master Money Market Account | C | Dividend | | | Exchange | 11/06 | M | | |
| 80. Pioneer Value Fund Class Y | B | Dividend | L | T | | | | | |
| 81. ...Continued | | | | | Buy | 12/01 | J | | |
| 82. Pioneer Tax-Income Fund CL Y | E | Dividend | N | T | | | | | |
| 83. Pioneer Growth Opportunities Fd Cl Y | | None | J | T | | | | | |
| 84. ...Continued | | | | | Buy | 11/29 | J | | |
| 85. Pioneer Oak Ridge Large Cap Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Cl Y | | | | | | | | | |
| 86. Pioneer International Core Equity Fd Cl Y | A | Dividend | K | T | | | | | |
| 87. ...Continued | | | | | Buy | 12/01 | J | | |
| 88. Pioneer Fund Cl Y | A | Dividend | K | T | | | | | |
| 89. ...Continued | | | | | Buy | 11/30 | J | | |
| 90. Regions Trust Money Market Account | A | Dividend | M | T | Exchange | 11/06 | M | | |
| 91. Regions CD #1 | B | Interest | L | T | | | | | |
| 92. AmSouth CD #2 | C | Interest | M | T | | | | | |
| 93. Grantor Trust #2 | | | | | | | | | |
| 94. Davis NY Venture Fd B | A | Dividend | K | T | | | | | |
| 95. Davis NY Venture Fd A | A | Dividend | J | T | | | | | |
| 96. Evergreen Equity Indx Cl C | A | Dividend | J | T | | | | | |
| 97. VK Emerging Grwth Cl C | | None | J | T | | | | | |
| 98. Evergreen Money Market Fund | A | Interest | J | T | | | | | |
| 99. SunAmerica Funds FOC MLT/CP VL II | A | Dividend | J | T | | | | | |
| 100. General Electric Company | A | Dividend | J | T | | | | | |
| 101. Capital Income BLDR Fd Cl C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. IRA #2 | | | | | | | | | |
| 103. Davis NY Venture Fd B | A | Dividend | K | T | | | | | |
| 104. Evergreen Equity Index Fd Cl C | A | Dividend | J | T | Partial Sell | 10/02 | J | | |
| 105. Washington Mutual Investment Fd Cl B | A | Dividend | J | T | | | | | |
| 106. General Electric Company | A | Dividend | J | T | | | | | |
| 107. Microsoft Corp | A | Dividend | J | T | | | | | |
| 108. Cash | B | Distribution | | | | | | | |
| 109. Series HH Bonds | A | Interest | J | T | | | | | |
| 110. AmSouth Bank Account #5 | C | Interest | L | T | | | | | |
| 111. Regions CD #3 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Value and income of asset on page 8, line 69 of previous report have declined below reporting value.

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/25/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date _7-25-07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544